## J. W. Wilson & Co. *v.* Geo. W. Shields.

Pleading and Practice. *Chancery sale. Opening the biddings.* A Chancery sale is a mere offer to purchase, and not complete as a sale until confirmed by the Court, and a mere advance bid, if large enough in amount, is sufficient to open the biddings. It is not important that the party making the advanced bid is not a party to the cause.

Cases cited: Wm. L. Click *v.* Caroline Burris, *et als.,* 6 Heisk., 539; John Parsons, *v.* G. B. ———, decided at the April Term, 1873, at Jackson.

FROM DAVIDSON.

Appeal from the Chancery Court. Edward H. East, Chancellor.

No brief appears for J. W. Wilson & Co.

Rice & Thompson and Brown & Read for Shields.

McFarland, J., delivered the opinion of the Court.

Upon the subject of opening the biddings, this Court has, in two unreported cases, adopted the English rule (overruling or modifying previous cases), and holding that a Chancery sale is a mere offer to purchase, and not complete as a sale until confirmed by the Court, and that a mere advance bid, if large enough in amount, is sufficient to open the biddings. The cases are: *Wm. L. Click* v. *Caroline Burris,*

5—vol. 3.

*et als.*, 6 Heisk., 539, decided at the September Term, 1871, at Knoxville, and *John Parsons* v. *G. B.* ————, decided at the April Term, 1873, at Jackson.

Under this rule, the biddings in the present case should be opened, and kept open until the close of the Term, beginning at the advanced bid, the parties to have due notice, and also public notice given. It is not important that the party making the advanced bid is not a party to the cause.